# EXHIBIT A

# EXHIBIT A

Electronically Issued
12/27/2019 10:24 AM



01/23/2020
5:16 pm

SUMM

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EARLY MCGEE, individually,<br><br>Plaintiff,<br><br>v.<br><br>EURPAC SERVICE INC., a Connecticut Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: CASE NO: A-19-807566-C<br>DEPT. NO.: Department 27<br>Department 27<br><br>**SUMMONS** |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW**

To THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

## EURPAC SERVICE INC.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of
Adam Smith Law

By: _____
Adam D. Smith, Esq.
Nevada Bar No. 9690
6130 Elton Avenue
Las Vegas, NV 89107
*Attorney for Plaintiff*

STEVEN D. GRIERSON
CLERK OF COURT

_____
Deputy Clerk          Date
County Court House        12/27/2019
200 Lewis Avenue
Las Vegas, Nevada 89155

Delivered
01/24/2020