**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EARLY MCGEE, ) | |
| Plaintiff, ) | Case No. 2:20-cv-00334-RFB-BNW |
| vs. ) | **ORDER** |
| EURPAC SERVICES, INC., ) | |
| Defendant. ) | |

In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order. The parties' proposed discovery plan and scheduling order was due on 3/30/2020. (*See* ECF No. 3.)

IT IS THEREFORE ORDERED that by May 6, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: April 21, 2020

_____
**Brenda Weksler**
**United States Magistrate Judge**