DARRELL D. DENNIS
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
STEPHANIE GARABEDIAN
Nevada Bar No. 009612
Stephanie.Garabedian@lewisbrisbois.com
MICHAEL R. SMITH
Nevada Bar No.12461
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Eurpac Service, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EARLY MCGEE, individually, | CASE NO.:  2:20-cv-00334-RFB-BNW |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER |
| vs. | |
| EURPAC SERVICE, INC., a Connecticut Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | *(Second Request)* |
| Defendant. | |

Plaintiff, EARLY MCGEE, by and through her attorneys of record, ADAM SMITH LAW, and Defendant, EURPAC SERVICES, INC., by and through its attorneys of record LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby request that the discovery deadlines in the previously filed DEFENDANT'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINES [Doc.15], be extended by ninety (90) days, pursuant to FRCP 29 and LR-26.4, as follows:

A.    DISCOVERY WHICH HAS BEEN COMPLETED

The parties have conducted the following discovery to date:

1.  Participation in the FRCP 26(f) Conference;

2.  Plaintiff has propounded Requests for Admissions, Request for

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Production and Interrogatories and Defendant has answered;

3. Defendant has propounded Interrogatories, Requests for Production, and Requests for Admission. Plaintiff has answered;

4. Plaintiff has disclosed her Initial FRCP 26(a)(1) Disclosure of Witnesses and Documents;

5. Defendant has disclosed their Initial and First through Third Supplemental FRCP 26(a)(1) Disclosures;

6. Defendant deposed Plaintiff; and

Defendant was able to obtain documents from Class Six through a Freedom of Information Act Request.

**B.    DISCOVERY WHICH REMAINS TO BE CONDUCTED**

1. Deposition of Defendant;

2. Obtaining Plaintiff's Medical Records;

3. Depositions of Plaintiff's Medical Providers;

4. Initial Expert and Rebuttal Expert Disclosures;

5. Depositions of Plaintiff's Expert Witnesses;

6. Depositions of Defendant's Expert Witnesses;

7. Service of Subpoena to Nellis Airforce Base (currently closed due to COVID-19 Pandemic);

8. Site Inspection of the Nellis Airforce Base Exchange- Class Six;

9. Additional Written Discovery; and

10. Any Additional Discovery Deemed Necessary.

**C.    REASONS WHY THE PROPOSED DISCOVERY PLAN WAS NOT COMPLETED PRIOR TO THE EXPIRATION FO THE CURRENT DISCOVERY DEADLINE**

The parties have been working diligently to complete discovery. Plaintiff has

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

responded to Defendant's written discovery, and Defendant has attempted to request and subpoena Plaintiff's medical records. Due to the restrictions imposed by the current COVID-19 Pandemic, Nellis Airforce Base is currently closed, and the parties have been unable to serve a subpoena for relevant information and/or schedule a site inspection. Defendant will obtain medical records and then parties will be able to schedule the deposition of Defendant.  The parties will schedule the depositions of disclosed medical experts, and Plaintiff's treating physicians.  The parties respectfully request an extension.

D.     PROPOSED PLAN FOR COMPLETING DISCOVERY

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Deadline | October 26, 2020 | **January 25, 2021** |
| Amend Pleading/Add Parties | July 28, 2020 | **October 26, 2020** |
| Initial Expert Disclosures | August 26, 2020 | **November 24, 2020** |
| Rebuttal Expert Disclosures | September 26, 2020 | **December 18, 2020** |
| File Dispositive Motions | November 25, 2020 | **February 23, 2021** |
| Pre-Trial Order | December 23, 2020 | **March 23, 2021** |

E.     THE CURRENT TRIAL DATE

This matter has not been scheduled for trial.

//

//

//

//

//

//

**E.    NUMBER OF REQUESTS FOR EXTENSION**

This is the second request to extend discovery deadlines and continue trial date.

DATED this <u>11th</u> day of August, 2020.

ADAM SMITH LAW

By: _/s/ Christian Miles_
    Adam D. Smith
    Nevada Bar No. 9690
    Christian A. Miles
    Nevada Bar No. 13193
    6130 Elton Avenue
    Las Veags, Nevada 89107
    *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Michael Smith_
    DARRELL D. DENNIS
    Nevada Bar No. 006618
    STEPHANIE GARABEDIAN
    Nevada Bar No. 009612
    MICHAEL R. SMITH
    Nevada Bar No.12461
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    Tel. 702.893.3383
    *Attorneys for Defendant Eurpac Service Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
      August 13, 2020
**DATED:** _____



## Mercado, Gabriela

| | |
|---|---|
| **From:** | Smith, Michael R. (LV) |
| **Sent:** | Tuesday, August 11, 2020 9:54 AM |
| **To:** | Mercado, Gabriela |
| **Subject:** | FW: Mcgee v. Eurpac - Defendant's FRCP 26(a)(1)(C) Third Supplemental List of Witnesses and Disclosure of Documents |
| **Attachments:** | McGee - Stipulation and Order to Extend Discovery Plan & Scheduling Order (2nd Request) 08.10.20 4851-7588-6535 v.1.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Follow-up w/Atty. |

Can you help with this?

**Michael Smith**
**Attorney**
Las Vegas Rainbow
702.830.9017 or x7029017

**From:** Garabedian, Stephanie
**Sent:** Tuesday, August 11, 2020 9:52 AM
**To:** Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com>; Quintana, Lucille <Lucille.Quintana@lewisbrisbois.com>
**Subject:** FW: Mcgee v. Eurpac - Defendant's FRCP 26(a)(1)(C) Third Supplemental List of Witnesses and Disclosure of Documents

Lucille, please file the attached Stip.  OC's permission is below.

**Stephanie Garabedian**
**Partner**
Las Vegas Rainbow
702.693.4379 or x7024379

**From:** Christian Miles <christian@adamsmithlaw.com>
**Sent:** Tuesday, August 11, 2020 9:02 AM
**To:** Garabedian, Stephanie <Stephanie.Garabedian@lewisbrisbois.com>; Quintana, Lucille <Lucille.Quintana@lewisbrisbois.com>
**Cc:** Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com>; Grigg, Christopher <Christopher.Grigg@lewisbrisbois.com>; Lourdes Chappell <lourdes@adamsmithlaw.com>; Adam Smith <adam@adamsmithlaw.com>
**Subject:** [EXT] RE: Mcgee v. Eurpac - Defendant's FRCP 26(a)(1)(C) Third Supplemental List of Witnesses and Disclosure of Documents



Good Morning Stephanie,

I have no objections to the SAO. You may use my e-signature to submit the document to the Court.

Best Regards,



Christian A. Miles
ADAM SMITH LAW
p: (702) 929-2289
f:  (702) 960-4454
e:  christian@adamsmithlaw.com
6130 Elton Ave., Las Vegas, NV 89107
www.adamsmithlaw.com

---

**From:** Garabedian, Stephanie <Stephanie.Garabedian@lewisbrisbois.com>
**Sent:** Monday, August 10, 2020 5:17 PM
**To:** Quintana, Lucille <Lucille.Quintana@lewisbrisbois.com>; Christian Miles <christian@adamsmithlaw.com>
**Cc:** Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com>; Grigg, Christopher <Christopher.Grigg@lewisbrisbois.com>; Lourdes Chappell <lourdes@adamsmithlaw.com>
**Subject:** RE: Mcgee v. Eurpac - Defendant's FRCP 26(a)(1)(C) Third Supplemental List of Witnesses and Disclosure of Documents

Hi Christian,

Pursuant to your voicemail, please find attached our proposed SAO to extend discovery.  Please let us know if you approve of the Stipulation or if you would like revisions.

Thank  you,

Stephanie



**Stephanie Garabedian**
**Partner**
Stephanie.Garabedian@lewisbrisbois.com

**T: 702.693.4379  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Quintana, Lucille
**Sent:** Thursday, July 9, 2020 4:46 PM
**To:** 'christian@adamsmithlaw.com' <christian@adamsmithlaw.com>; 'lourdes@adamsmithlaw.com' <lourdes@adamsmithlaw.com>
**Cc:** Garabedian, Stephanie <Stephanie.Garabedian@lewisbrisbois.com>; Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com>; Grigg, Christopher <Christopher.Grigg@lewisbrisbois.com>

**Subject:** Mcgee v. Eurpac - Defendant's FRCP 26(a)(1)(C) Third Supplemental List of Witnesses and Disclosure of Documents

Christian and Lourdes –

Please find attached Defendant's FRCP 26(a)(1)(C) Third Supplemental List of Witnesses and Disclosure of Documents.

Thank you,

Lucille



**Lucille Quintana**
Legal Secretary
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
lucille.quintana@lewisbrisbois.com
Direct Dial: 702-693-4394
Main:        702-893-3383
Fax:          702-893-3789