DARRELL D. DENNIS
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
STEPHANIE GARABEDIAN
Nevada Bar No. 009612
Stephanie.Garabedian@lewisbrisbois.com
PAIGE S. SHREVE
Nevada Bar No.13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Eurpac Service, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EARLY MCGEE, individually,<br><br>  Plaintiff,<br><br>  vs.<br><br>EURPAC SERVICE, INC., a Connecticut Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendant. | CASE NO.:  2:2–cv-00334-RFB-BNW<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER<br><br>*(Third Request)* |

Plaintiff, EARLY MCGEE, by and through her attorneys of record, ADAM SMITH LAW, and Defendant, EURPAC SERVICES, INC., by and through its attorneys of record LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby request that the discovery deadlines in the previously filed STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER [Doc.21], be extended by ninety (60) days, pursuant to FRCP 29 and LR-26.4, as follows:

A.   DISCOVERY WHICH HAS BEEN COMPLETED

The parties have conducted the following discovery to date:

   1.   Participation in the FRCP 26(f) Conference;

   2.   Plaintiff has propounded Requests for Admissions, Request for

4847-9877-6013.1

Production and Interrogatories and Defendant has answered;

3. Defendant has propounded Interrogatories, Requests for Production, and Requests for Admission. Plaintiff has answered;

4. Plaintiff has disclosed her Initial FRCP 26(a)(1) Disclosure of Witnesses and Documents;

5. Defendant has disclosed their Initial and First through Third Supplemental FRCP 26(a)(1) Disclosures;

6. Defendant deposed Plaintiff; and

Defendant was able to obtain documents from Class Six through a Freedom of Information Act Request.

B.   DISCOVERY WHICH REMAINS TO BE CONDUCTED

1. Deposition of Defendant;

2. Obtaining Plaintiff's Medical Records;

3. Depositions of Plaintiff's Medical Providers;

4. Initial Expert and Rebuttal Expert Disclosures;

5. Depositions of Plaintiff's Expert Witnesses;

6. Depositions of Defendant's Expert Witnesses;

7. Service of Subpoena to Nellis Airforce Base (currently closed to civilians due to COVID-19 Pandemic);

8. Site Inspection of the Nellis Airforce Base Exchange- Class Six (currently closed to civilians due to COVID-19 Pandemic);

9. Additional Written Discovery; and

10. Any Additional Discovery Deemed Necessary.



**C.   REASONS WHY THE PROPOSED DISCOVERY PLAN WAS NOT COMPLETED PRIOR TO THE EXPIRATION FO THE CURRENT DISCOVERY DEADLINE**

The parties have been working diligently to complete discovery. Plaintiff has responded to Defendant's written discovery, and Defendant has attempted to request and subpoena Plaintiff's medical records. Due to the restrictions imposed by the current COVID-19 Pandemic, Nellis Airforce Base is currently closed, and the parties have been unable to serve a subpoena for relevant information and/or schedule a site inspection. Defendant will obtain medical records and then parties will be able to schedule the deposition of Defendant.  The parties will schedule the depositions of disclosed medical experts, and Plaintiff's treating physicians.  The parties respectfully request an extension.

**D.   PROPOSED PLAN FOR COMPLETING DISCOVERY**

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Discovery Deadline | January 25, 2021 | March 23, 2021 |
| Amend Pleading/Add Parties | October 26, 2020 | December 29, 2020 |
| Initial Expert Disclosures | November 24, 2020 | January 25, 2021 |
| Rebuttal Expert Disclosures | December 18, 2020 | February 16, 2021 |
| File Dispositive Motions | February 23, 2021 | April 26, 2021 |
| Pre-Trial Order | December 23, 2020 | February 22, 2021 |

**E.   THE CURRENT TRIAL DATE**

This matter has not been scheduled for trial.

//

//

E.   **NUMBER OF REQUESTS FOR EXTENSION**

This is the third request to extend discovery deadlines and continue trial date.

DATED this 1st day of October, 2020.

        ADAM SMITH LAW

By: /s/ *Christian A. Miles*
    Adam D. Smith
    Nevada Bar No. 9690
    Christian A. Miles
    Nevada Bar No. 13193
    6130 Elton Avenue
    Las Veags, Nevada 89107
    *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ *Stephanie Garabedian*
    DARRELL D. DENNIS
    Nevada Bar No. 006618
    STEPHANIE GARABEDIAN
    Nevada Bar No. 009612
    PAIGE S. SHREVE
    Nevada Bar No.13773
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    Tel. 702.893.3383
    *Attorneys for Defendant Eurpac Service Inc.*

**IT IS ORDERED that ECF No. 22 is GRANTED in part and DENIED in part. It is granted in all respects except that the pretrial order deadline shall be May 26, 2021.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 6, 2020.



4847-9877-6013.1

4