DARRELL D. DENNIS
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
STEPHANIE GARABEDIAN
Nevada Bar No. 009612
Stephanie.Garabedian@lewisbrisbois.com
PAIGE S. SHREVE
Paige.Shreve@lewisbrisbois.com
Nevada Bar No.13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Eurpac Service, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EARLY MCGEE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>EURPAC SERVICE, INC., a Connecticut Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | CASE NO.: 2:20—cv-00334-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>***(Fourth Request)*** |

Plaintiff, EARLY MCGEE, by and through her attorneys of record, ADAM SMITH LAW, and Defendant, EURPAC SERVICES, INC., by and through its attorneys of record LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby request that the discovery deadlines in the previously filed STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER [Doc.23], be extended by ninety (90) days, pursuant to FRCP 29 and LR-26.4, as follows:

**A. DISCOVERY WHICH HAS BEEN COMPLETED**

The parties have conducted the following discovery to date:

1. Participation in the FRCP 26(f) Conference;

2. Plaintiff has propounded Requests for Admissions, Request for Production and



Interrogatories and Defendant has answered;

3. Defendant has propounded Interrogatories, Requests for Production, and Requests for Admission. Plaintiff has answered;
4. Plaintiff has disclosed her Initial FRCP 26(a)(1) Disclosure of Witnesses and Documents;
5. Defendant has disclosed its Initial through Sixth Supplemental FRCP 26(a)(1) Disclosures;
6. Defendant deposed Plaintiff; and
7. Defendant was able to obtain some documents from Class Six through a Freedom of Information Act Request.

**B. DISCOVERY WHICH REMAINS TO BE CONDUCTED**

1. Deposition of Defendant's FRCP 30 (b)(6) witness;
2. Obtaining the entirety of Plaintiff's Medical Records;
3. Depositions of Plaintiff's Medical Providers;
4. Initial Expert and Rebuttal Expert Disclosures;
5. Depositions of Plaintiff's Expert Witnesses;
6. Depositions of Defendant's Expert Witnesses;
7. Service of Subpoena to Nellis Airforce Base (currently closed to civilians due to COVID-19 Pandemic);
8. Site Inspection of the Nellis Airforce Base Exchange- Class Six (currently closed to civilians due to COVID-19 Pandemic);
9. Additional Written Discovery; and
10. Any Additional Discovery Deemed Necessary.

**C. REASONS WHY THE PROPOSED DISCOVERY PLAN WAS NOT COMPLETED PRIOR TO THE EXPIRATION FO THE CURRENT DISCOVERY DEADLINE**

The parties have been working diligently to complete discovery. Plaintiff responded to Defendant's written discovery, and Defendant attempted to subpoena Plaintiff's medical records and schedule a site inspection wherein the subject incident occurred. Due to the restrictions imposed by the current COVID-19 Pandemic, Nellis Airforce Base is currently closed, and the parties have been unable to serve a subpoena for relevant information and/or schedule a site inspection. Defendant has also been unable to obtain pertinent medical records from Plaintiff's treating providers who are also located on Nellis Airforce Base. Plaintiff will also file a Motion to amend her Complaint to add an additional Defendant in this matter. As such, the parties suspect the new Defendant will need time to review documents, retain experts, etc. The parties respectfully request an extension.

**D. PROPOSED PLAN FOR COMPLETING DISCOVERY**

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Deadline | **March 23, 2021** | **June 23, 2021** |
| Amend Pleading/Add Parties | **December 29, 2020** | **March 29, 2021** |
| Initial Expert Disclosures | **January 25, 2021** | **April 26. 2021** |
| Rebuttal Expert Disclosures | **February 16, 2021** | **May 17, 2021** |
| File Dispositive Motions | **April 26, 2021** | **July 25, 2021** |
| Pre-Trial Order | **February 22, 2021** | **August 23, 2021** |

**E. THE CURRENT TRIAL DATE**



This matter has not been scheduled for trial.

**E. NUMBER OF REQUESTS FOR EXTENSION**

This is the fourth request to extend discovery deadlines and continue trial date.

DATED this 11th day of December, 2020.

ADAM SMITH LAW

By: /s/ Christian A. Miles
Adam D. Smith
Nevada Bar No. 9690
Christian A. Miles
Nevada Bar No. 13193
6130 Elton Avenue
Las Veags, Nevada 89107
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephanie Garabedian
DARRELL D. DENNIS
Nevada Bar No. 006618
STEPHANIE GARABEDIAN
Nevada Bar No. 009612
PAIGE S. SHREVE
Nevada Bar No.13773
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Eurpac Service Inc.*

**IT IS SO ORDERED**

**DATED:** 2:51 pm, December 15, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 11th day of December, 2020, I did cause a true and correct copy of the foregoing) **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (Fourth Request)** in *Early McGee v. Eurpac Service, Inc.* to be served via the Court's CM/ECF filing system.

Adam D. Smith, Esq.
Craig A. Henderson, Esq.
Christian A. Miles, Esq.
ADAM SMITH LAW
6130 Elton Avenue
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

By *__/s/ Billi Montijo__*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP