```
DAVID J. CHURCHILL (7308)
JOLENE J. MANKE (7436)
TANNER CHURCHILL ANDERSON
     Main Office:
     4001 Meadows Lane
     Las Vegas, NV 89107
T: 702-868-8888
F: 702-868-8889
dchurchill@tcafirm.com
jmanke@tcafirm.com
Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EARLY MCGEE, individually,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; EURPAC SERVICE INC., a Connecticut Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-00334-RFB-BNW<br><br>**SUBSTITUTION OF COUNSEL** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff EARLY MCGEE hereby substitutes DAVID J. CHURCHILL, ESQ. of TANNER CHURCHILL ANDERSON as her attorney of record in place of ADAM D. SMITH, ESQ., of ADAM SMITH LAW in the above-captioned matter.

DATED this 23 day of April, 2021.

_____
EARLY MCGEE

1

**CONSENT TO SUBSTITUTION**

ADAM D. SMITH, ESQ., of ADAM SMITH LAW hereby consents to the above substitution of counsel for EARLY MCGEE in the above-captioned matter.

DATED this 27th day of April, 2021.

**ADAM SMITH LAW**

/s/: Adam Smith
_____
ADAM D. SMITH, ESQ. (SBN: 9690)
6130 Elton Avenue
Las Vegas, NV 89107
Phone: (702) 929-2289
adam@adamsmithlaw.com

**ACCEPTANCE OF SUBSTITUTION**

DAVID J. CHURCHILL, ESQ. of TANNER CHURCHILL ANDERSON hereby accepts the substitution as attorney for EARLY MCGEE in the above-captioned matter.

DATED this 7th day of May, 2021.

**TANNER CHURCHILL ANDERSON**

/s/: Jolene Manke
_____
JOLENE J. MANKE, ESQ. (SBN:7436)
4001 Meadows Lane
Las Vegas, NV 89107
Phone: (702) 868-8888
Fax: (702) 868-8889
jmanke@tcafirm.com
*Substituted Attorney for Plaintiff*
*EARLY MCGEE*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 11, 2021

2