WRIGHT, FINLAY & ZAK, LLP
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sgarabedian@wrightlegal.net

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| EARLY MCGEE, individually, | Case No.: 2:20-cv-00334-RFB-BNW |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| UNITED STATES OF AMERICA; EURPAC SERVICE INC., a Connecticut Corporation; DOES I – X, and ROE CORPORATIONS I – X, inclusive; | |
| Defendants. | |

Stephanie Garabedian, Esq., of Wright, Finlay & Zak LLP, requests removal from the CM/ECF Service List in the above-captioned matter. Ms. Garabedian is no longer associated with the firm of Lewis Brisbois Bisgaard & Smith, LLP ("Lewis Brisbois"). Lewis Brisbois will continue to represent Defendant, Eurpac Services, Inc. Darrell D. Dennis, Esq., James E. Murphy, Esq., Michael R. Smith, Esq., of Lewis Brisbois will continue to receive CM/ECF notices. As a result, it is no longer necessary that Stephanie Garabedian, Esq. receive CM/ECF notice of the ongoing proceedings.

/././
/././
/././
/././
/././

Page 1

Accordingly, the undersigned counsel requests that Stephanie Garabedian, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 4th day of April, 2023.

                          WRIGHT, FINLAY & ZAK, LLP

                          */s/ Stephanie Garabedian, Esq.*
                          Stephanie Garabedian, Esq.
                          Nevada Bar No. 9612
                          7785 W. Sahara Ave., Suite 200
                          Las Vegas, NV 89117

**IT IS SO ORDERED.**

Dated this 5th day of April, 2023.

                          _____
                          UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned, an employee of Wright, Finlay & Zak, LLP, hereby certifies that on the 4th day of April, 2023, a true and correct copy of **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** was served electronically to all parties of interest through the Court's CM/ECF system.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP