JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Early McGee,<br><br>       Plaintiff,<br><br>   v.<br><br>United States of America;<br>EURPAC Services, Inc., a Connecticut Corporation;<br>Does I-X, and Roe Corporations I-X, inclusive,<br><br>       Defendants. | Case No. 2:20-cv-00334-RFB-BNW<br><br>**Proposed<br>Joint Amended<br>Discovery Plan and Scheduling Order** |

Pursuant to the Court's Order (ECF No. 67) ("Order"), Plaintiff Early McGee, Defendant EURPAC Services, Inc., and Federal Defendant the United States, propose the new discovery schedule set forth below.

In the Order, the Court addresses issues that were raised during motion practice in May–June 2022, which had been the months for initial and rebuttal expert disclosures. The Order includes a directive for the parties to submit a new proposed schedule for an independent medical examination, expert disclosures (initial and rebuttal), dispositive motions, and a joint pretrial order.

Accordingly, the parties propose the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Independent Medical Examination | 07/11/2023[1] |
| Initial Expert Disclosures | 08/10/2023 |
| Rebuttal Expert Disclosures | 09/08/2023 |
| Discovery Cutoff | 10/09/2023 |
| Dispositive Motions | 11/08/2023 |
| Proposed Joint Pretrial Order | 12/08/2023[2] |

Respectfully submitted this 14th day of April 2023.

INJURY LAWYERS OF NEVADA

*/s/ Jared B. Anderson*
Jared B. Anderson, Esq.
Nevada Bar No. 9747
4001 Meadows Lane
Las Vegas, NV 89122
Telephone (702) 868-8888
jared@injurylawyersnv.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Christopher Elsee*
Chistopher Elsee, Esq.
Nevada Bar No. 13333
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone (702) 893-3383
christopher.elsee@lewisbrisbois.com
*Attorneys for EURPAC Services*

JASON M. FRIERSON
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** April 17, 2023

---

[1] The parties will work together to schedule the IME for a mutually convenient date and time.

[2] However, if dispositive motions were filed, then the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

2