DARRELL D. DENNIS
Nevada Bar No. 006618
E-Mail: Darrell.Dennis@lewisbrisbois.com
CHRISTOPHER A. ELSEE
Nevada Bar No. 13333
E-Mail: Christopher.Elsee@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Eurpac Service, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EARLY MCGEE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; EURPAC SERVICE INC., a Connecticut Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-00334-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and amoung Plaintiff EARLY MCGEE ("Plaintiff") and Defendants UNITED STATES OF AMERICA; AND EURPAC SERVICE, INC., ("Defendants")(collectively "parties"), by and through their respective counsel of record, as follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.

2. That the **trial** scheduled in this matter and all associated dates shall be **VACATED**; and,

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

**HEREBY STIPULATED BY THE FOLLOWING COUNSEL OF RECORD**

132342309.1

| | |
|---|---|
| Dated this __24th__ day of January, 2024. | Dated this __24th__ day of January, 2024. |
| **TANNER CHURCHILL ANDERSON** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ [signature] Jared B. Anderson #7436 | /s/ Christopher A. Elsee |
| Jared B. Anderson, Esq.<br>Bar No. 9747<br>David A. Tanner, Esq.<br>Bar No. 8282<br>David J. Churchill, Esq.<br>Bar No: 7308<br>4001 Meadows Lane<br>Las Vegas, NV 89107<br>Telephone (702) 868-8888<br>Facsimile (702) 868-8889<br>*Attorneys for Plaintiff* | DARRELL D. DENNIS<br>Nevada Bar No. 006618<br>CHRISTOPHER A. ELSEE<br>Nevada Bar No. 13333<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Tel. 702.893.338<br>Attorneys for Defendant Eurpac Service, Inc. |

Dated this __24th__ day of January, 2024.

**UNITED STATES OF AMERICA**

/s/ Patrick A. Rose

JASON M. FRIERSON
United States Attorney
District of Nevada
PATRICK A. ROSE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
Attorneys for the United States

132342309.1                         2

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon Stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, with the parties to bear their own individual costs and attorneys' fees; and it is further

**ORDERED, ADJUDGED AND DECREED** that the **trial** scheduled in this matter and all associated dates shall be **VACATED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

**IT IS SO ORDERED.**

DATED this __15__ day of _____April_____, 2024.

_____
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____/s/ Christopher A. Elsee_____
DARRELL D. DENNIS
Nevada Bar No. 006618
CHRISTOPHER A. ELSEE
Nevada Bar No. 13333
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.338
Attorneys for Defendant Eurpac Service, Inc.

132342309.1                           3